COPY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 20 2002

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR02-00267 HG |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 1014 [False Statement on Loan Application] |
| ANN L. HOSE, | |
| Defendant. | |

### INDICTMENT

The Grand Jury charges:

On or about October 23, 2000, in the District of Hawaii, ANN L. HOSE did knowingly make a false statement for the purpose of influencing the action of City Bank, an institution whose accounts were insured by the Federal Deposit Insurance Corporation, in connection with an application seeking a loan of $30,000.

In violation of Title 18, United States Code, section 1014.

Dated: Honolulu, Hawaii, _____JUN 2 0 2002_____.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Ann L. Hose
"Indictment"
Cr. No. _____