AO 245B (Rev. 8/96)  Sheet 2 - Imprisonment

CASE NUMBER:        1:02CR00267-001                                   Judgment - Page 2 of 6
DEFENDANT:          ANN L. HOSE



# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 MONTHS .

This term consists of TWENTY-FOUR (24) MONTHS as to CR 02-00267HG to be served consecutively to her undischarged State terms of imprisonment under Criminal Nos. 96-0006K, 98-124K, and 01-1967.
Mittimus to commence after her State terms of imprisonment have been discharged.

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       That the defendant participate in drug and alcohol treatment and mental health programs.

[]     The defendant is remanded to the custody of the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

[]     The defendant shall surrender to the United States Marshal for this district.
       [] at ___ on ___.
       [] as notified by the United States Marshal.

NOV 0 8 2006

at 9 o'clock and 45 min. a.M
SUE B___ CLERK

[]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [] before _ on ___.
       [] as notified by the United States Marshal.
       [] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on____10-31-06____ to _____FDC Honolulu_____

at ____Honolulu, HI____ , with a certified copy of this judgment.

                                            John T. Rathman
                                   WARDEN   UNITED STATES MARSHAL

                          By _____W. Tsai_____
                                   LIE   Deputy U.S. Marshal